IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODRIGO GATICA FIGUEROA,                    :
                                            :
                    Petitioner,             :    3:26-cv-1591
                                            :    (JUDGE MARIANI)
        v.                                  :
                                            :
WARDEN, PIKE COUNTY                         :
CORRECTIONAL FACILITY,                      :
                                            :
                    Respondent.             :

## ORDER

AND NOW, THIS ___151___ DAY OF JULY 2026, upon consideration of Petitioner

Rodrigo Gatica Figueroa's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §

2241 (Doc. 1), Respondent's response (Doc. 5), and for the reasons set forth in the

accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner's habeas petition is **GRANTED**.

2.  Respondent **SHALL IMMEDIATELY RELEASE** Petitioner Rodrigo Gatica

    Figueroa from the custody of the Warden of the Pike County Correctional Facility,

    who has immediate physical custody of Petitioner.

3.  Respondent **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

    declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday July 6,**

    **2026, at 5:00 P.M.** confirming that Petitioner Rodrigo Gatica Figueroa has been

    released from custody.

4. Respondent is **PERMANENTLY ENJOINED** from detaining Petitioner Rodrigo Gatica Figueroa pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondent elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondent must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge